IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERIC LAMONT MANNING                                                                         PLAINTIFF

vs.                                      Civil No. 1:21-cv-01048

COMMISSIONER,                                                                                DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## MEMORADUM OPINION

Eric Lamont Manning ("Plaintiff") brings this action pursuant to § 205(g) of Title II of the Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2010), seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("SSA") denying his applications for a period of disability, Supplemental Security Income ("SSI"), and Disability Insurance Benefits ("DIB") under Titles II and XVI of the Act.  The Parties have consented to the jurisdiction of this Court (ECF No. 6), and this matter is now ripe for consideration.

Now before the Court is Defendant's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).  ECF No. 18.  Defendant seeks a remand for further administrative proceedings.  *Id.*  Plaintiff has no objections to this Motion.  The Court finds this Motion should be **GRANTED**, and this case be **REVERSED AND REMANDED.**

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 6th day of May 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE